Matthew **CORZINE**, Plaintiff–Appellant,

v.

**UNITED STATES ARMY; Brigadier General Forater; Lt. General # 1 John Doe; Major Elizabeth Kinzie; 2nd Lt. Cochoran; Sgt. More; 1st Sgt. # 2 John Doe; Sgt. # 3 John Doe; Sgt. # 4 John Doe; Specialist # 5 John Doe; Specialist # 6 John Doe; Private # 7 John Doe; Private # 8 John Doe; Private # 9 John Doe; Private # 10 John Doe, Defendants–Appellees.**

No. 12–8024.

United States Court of Appeals, Fourth Circuit.

Submitted: April 15, 2013.

Decided: April 17, 2013.

Matthew Corzine, Appellant pro se. Shailika K. Shah, Office of the United States Attorney, Raleigh, North Carolina, for Appellees.

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matthew Corzine appeals the district court's order adopting the magistrate judge's recommendation in part and denying his motion to appoint counsel and its order dismissing his civil action for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Corzine v. U.S. Army,* No. 5:11–cv–461–FL, 2011 WL 6130775 (E.D.N.C. Dec. 8, 2011; Nov. 1, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*